JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA NAVA, an individual, | Case No. 8:24-cv-01347-JWH-AGRx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TARGET CORPORATION, a Corporation; and DOES 1 To 50, Inclusive, | |
| Defendants. | |

Pursuant to the Scheduling Notice and Order [ECF No. 23] entered on or about August 8, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 15, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE